AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>GORMAN LEONARD BUTLER, JR.,<br><br>Defendant(s) | )<br>)<br>) Case No. 18-8385-WM<br>)<br>)<br>) |

FILED by SP D.C.

SEP 0 6 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 27, 2018__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(2) | Illegal Re-Entry After Deportation for Aggravated Felony; |

This criminal complaint is based on these facts:

PLEASE SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

John R. Jones, II., Patrol Agent, U.S. Border Patrol
Printed name and title

Sworn to before me and signed in my presence.

Date: Sept 6, 2018

_____
Judge's signature

City and state: West Palm Beach, Florida

William Matthewman, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT
## Case No. 18- 8385-WM

I, John R. Jones II, being duly sworn, do solemnly swear and state that:

1.  I am a Border Patrol Agent for the U.S. Department of Homeland Security, United States Border Patrol, and have served in that position for nine (9) years. I am currently assigned to the West Palm Beach Border Patrol Station in Riviera Beach, Florida. I have received specialized training regarding the investigation and enforcement of United States Immigration Laws. In the capacity of a Border Patrol Agent, I am charged with enforcing federal administrative (Immigration) and criminal laws under Titles 8, 18, 19, and 21 of the United States Code. As a federal law enforcement officer, I have the authority to make arrests, execute search warrants, and take sworn statements.

2.  This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation known by me or other law enforcement personal. Rather, this affidavit serves solely to establish that there is probable cause that, Gorman Leonard Butler Jr., hereinafter referred to as "defendant," committed the offense enumerated in Title 8, United States Code, Section 1326 (b) (2), that is, Re-Entry into the United States After Deportation of an Aggravated Felon.

## PROBABLE CAUSE

3.  On or about, , the West Palm Beach Police Department contacted the U.S. Border Patrol to assist in identifying the defendant who was arrested for vehicle theft. The arrest occurred at the Palm Beach Outlet Mall located at 1801 Palm Beach Lakes Blvd, West Palm Beach, Palm Beach County, Southern District of Florida.

4. Supervisory Border Patrol Agent (SBPA) John Solek responded to the scene and spoke with Officer Luttier. The defendant was in possession of a Bahamian driver's license displaying his photo the name, Gorman Leonard BUTLER, Jr., with a date of birth of April \*\*, 19\*\*. Using the information from the driver's license, SBPA Solek requested immigration and criminal checks on the name and date of birth. The checks returned indicating that the defendant was on probation for previous criminal convictions in Martin County, Florida, and had also been previously deported from the U.S. as an aggravated felon, receiving a lifetime ban from the United States.

5. The defendant was transported to the Border Patrol Station, located at 3301 Lake Shore Drive, Riviera Beach, FL 33404, for processing and further investigation, at which time the defendant was advised of his *Miranda* warnings, which the defendant indicated he understood, and was questioned as to his entry into the U.S. The defendant admitted to illegally entering the U.S. by vessel in February 2018, somewhere near the Port of Miami.

6. The defendant's fingerprints were entered into the e3/New Generation Identification system, which queries the Department of Homeland Security (DHS) database, as well as the Federal Bureau of Investigation (FBI) database. This query on the defendant's fingerprints resulted in a positive match indicating that the defendant had a prior immigration and criminal history under alien registration file A\*\*\* \*\*\* 474, and FBI#\*\*\*\*\*\*\*06R.

7. The immigration electronic records and alien file assigned to the defendant shows that he is a native and citizen of Bahamas. Reports on his previous immigration arrest records further show that he was ordered deported by an Immigration Judge, and was physically deported from the United States with a lifetime ban, on or about July 25, 2017.

8. Record checks through the Department of Homeland Security (DHS) CLAIMS database failed to locate any evidence that the defendant applied for or received permission from the appropriate government officials to lawfully reenter the United States.

9. Based on the foregoing, I respectfully submit there is probable cause that, Gorman Leonard Butler Jr., committed the offense enumerated in Title 8, United States Code, Section 1326 (b) (2), that is, Re-Entry into the United States After Deportation as an Aggravated Felon.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

John R. Jones, II
Border Patrol Agent
U.S. Border Patrol

**SWORN TO AND SUBSCRIBED BEFORE
ME THIS 6th DAY OF SEPTEMBER,
2018, AT WEST PALM BEACH, FLORIDA.**

**HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRAGE JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: Gorman Leonard BUTLER, Jr.

Case No.: 18-8385-WM

**Count # 1**

Illegal Re-Entry After Deportation (Aggravated Felon)
Title 8, United States Code, Sections 1326(a) and 1326(b)(2)

**Max. Penalty**: 0-20 years' imprisonment; $250,000 fine; maximum 3 year term of supervised release: and, a $100.00 special assessment; Immigration consequence of removal (deportation) from the United States upon conviction.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-8385-WM

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

GORMAN LEONARD BUTLER, JR.,

          Defendant.
_____/

## CRIMINAL COVER SHEET

1.    Did this matter originate from a matter pending in the Miami Office of the United States Attorney's Office prior to July 20, 2008?

        Yes        X **No**

2.    Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office (West Palm Beach Office) only prior to December 18, 2011?

        Yes        X **No**

3.    Did this matter originate from a matter pending in the Fort Pierce Office of the United States Attorney's Office prior to August 8, 2014?

        Yes        X **No**

                          Respectfully submitted,

                          BENJAMIN G. GREENBERG
                          UNITED STATES ATTORNEY

BY: _____
            JOHN C. McMILLAN
            ASSISTANT UNITED STATES ATTORNEY
            Admin. No. A5500228
            500 S. Australian Ave., Suite 400
            West Palm Beach, FL 33401
            Office:    (561) 820-8711
            John.mcmillan@usdoj.gov

FILED by _____ D.C.

SEP 06 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.